IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 15, 2008

Charles R. Fulbruge III
Clerk

No. 08-50341

WABASH NATIONAL TRAILER CENTERS INC

Plaintiff - Appellant

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA

Defendant - Appellee

Appeal from the United States District Court for the Western District of
Texas, San Antonio
(5:06-CV-921)

Before JONES, Chief Judge, JOLLY, Circuit Judge, and MONTALVO, District
Judge.[*]

PER CURIAM:[**]

AFFIRMED. See 5TH CIR. R. 47.6.

_____

[*] District Judge of the Western District of Texas, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.